Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−21780−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   YOLANDA MERCED
   41 Sisco Place
   Clifton, NJ 07011

Social Security No.:
   xxx−xx−8284

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        8/15/18
Time:       09:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 12, 2018
JAN: dlr

                        Jeanne Naughton
                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-21780-RG
YOLANDA MERCED                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Jun 12, 2018
                              Form ID: 132             Total Noticed: 22

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2018.
db            +YOLANDA MERCED,    41 Sisco Place,    Clifton, NJ 07011-4149
517584049     +Amanda Ortiz,    41 Sisco Place,    Clifton, NJ 07011-4149
517584050     +Bank of America, N.A.,    Attn: KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
               Collingswood, NJ 08108-2812
517584051     +Bank of America, N.A.,    100 N. Tryon Street,    Charlotte, NC 28255-0001
517584055     +Capital One Bank,    Attn: Alliance One Receivables Mgmt Inc,    4850 Street Road, Suite 300,
               Feasterville Trevose, PA 19053-6643
517584056     +City of Clifton,    900 Clifton Avenue,    Clifton, NJ 07013-2708
517584057      Clarity Solutions Center, LLC,    100 W Town and Country Rd #1250,    Orange, CA 92868
517584058      Family Medical Care of Clifton,    Attn: Pacific Global Billing,    751 Teaneck Road,
               Teaneck, NJ 07666-4242
517584059     +Gastroenterology Associates of NJ,    PO Box 51074,    Newark, NJ 07101-5174
517584060     +New Jersey Imaging Network LLC,    27695 Network Place,    Bridgeport, CT 06673-0001
517584061     +Optimum,    Attn: CBHV,    PO Box 831,   155 North Plank Road,    Newburgh, NY 12550-1747
517584062     +Passaic County Sheriff,    77 Hamilton Street,    Paterson, NJ 07505-2070
517584063      Passaic Valley Water Commission,    PO Box 11393,    Newark, NJ 07101-4393
517584065      Rushmore Service Center,    PO Box 5508,    Sioux Falls, SD 57117-5508
517584066      U.S. Department of Education,    PO Box 530260,    Atlanta, GA 30353-0260
517584067     +U.S. Department of Education,    Account Control Tech,    5531 Business Park South, Suite 100,
               Bakersfield, CA 93309-1656

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 12 2018 22:41:00     U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 12 2018 22:40:57     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517584048      E-mail/Text: roy.buchholz@allianceoneinc.com Jun 12 2018 22:40:27
               Alliance One Receivables Mgmt Inc,    PO Box 3111,    Southeastern, PA 19398-3111
517584054     +E-mail/Text: payments@brsi.net Jun 12 2018 22:41:37     Business Revenue Systems,   PO Box 8986,
               Fort Wayne, IN 46898-8986
517584053     +E-mail/Text: payments@brsi.net Jun 12 2018 22:41:37     Business Revenue Systems,
               2419 Spy Run Avenue,    Fort Wayne, IN 46805-3262
517584064      E-mail/Text: bankruptcy@pseg.com Jun 12 2018 22:40:27     PSE&G,   Credit & Collections Center,
               PO Box 490,    Cranford, NJ 07016-0490
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517584052    ##+Bank of America, NA,    Bankruptcy Department,    PO Box 26012, NC4-105-02-99,
               Greensboro, NC 27420-6012
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2018 at the address(es) listed below:
              Glenn R Reiser    on behalf of Debtor YOLANDA  MERCED greiser@new-jerseylawyers.com,
               r.gr75895@notify.bestcase.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 12, 2018
                              Form ID: 132             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
									TOTAL: 3