UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

LOFARO & REISER, L.L.P.
20 Court Street
Hackensack, New Jersey 07601
Tel: (201) 498-0400
Attorneys for Debtor

**Order Filed on November 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

YOLANDA MERCED,

    Debtor.

Case No.:    18-21780

Chapter:    13

Judge:    Gambardella

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 7, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____July 18, 2018_____ :

Property:        ____41 Sisco Place, Clifton, New Jersey 07011_____

Creditor:        __Bank of America_____

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____December 18, 2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*