Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  18−21780−RG
                    Chapter:  13
                    Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   YOLANDA MERCED
   41 Sisco Place
   Clifton, NJ 07011

Social Security No.:
   xxx−xx−8284

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/27/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.


Dated: February 27, 2019
JAN: slm

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-21780-RG
YOLANDA MERCED                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2         Date Rcvd: Feb 27, 2019
                             Form ID: 148             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2019.
db          +YOLANDA MERCED,    41 Sisco Place,    Clifton, NJ 07011-4149
517584049   +Amanda Ortiz,    41 Sisco Place,    Clifton, NJ 07011-4149
517584050   +Bank of America, N.A.,    Attn: KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
              Collingswood, NJ 08108-2812
517584055   +Capital One Bank,    Attn: Alliance One Receivables Mgmt Inc,    4850 Street Road, Suite 300,
              Feasterville Trevose, PA 19053-6643
517584056   +City of Clifton,    900 Clifton Avenue,    Clifton, NJ 07013-2708
517584057    Clarity Solutions Center, LLC,    100 W Town and Country Rd #1250,    Orange, CA 92868
517584058    Family Medical Care of Clifton,    Attn: Pacific Global Billing,    751 Teaneck Road,
              Teaneck, NJ 07666-4242
517584059   +Gastroenterology Associates of NJ,    PO Box 51074,    Newark, NJ 07101-5174
517658610   +High Focus Centers,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
              Parsippany, NJ 07054-4609
517584060   +New Jersey Imaging Network LLC,    27695 Network Place,    Bridgeport, CT 06673-0001
517584061   +Optimum,    Attn: CBHV,    PO Box 831,    155 North Plank Road,    Newburgh, NY 12550-1747
517584062   +Passaic County Sheriff,    77 Hamilton Street,    Paterson, NJ 07505-2070
517584063    Passaic Valley Water Commission,    PO Box 11393,    Newark, NJ 07101-4393
517584065    Rushmore Service Center,    PO Box 5508,    Sioux Falls, SD 57117-5508
517584066    U.S. Department of Education,    PO Box 530260,    Atlanta, GA 30353-0260
517584067   +U.S. Department of Education,    Account Control Tech,    5531 Business Park South, Suite 100,
              Bakersfield, CA 93309-1656

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 28 2019 00:32:10     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 28 2019 00:32:07     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517584048    E-mail/Text: kristin.villneauve@allianceoneinc.com Feb 28 2019 00:31:07
              Alliance One Receivables Mgmt Inc,    PO Box 3111,    Southeastern, PA 19398-3111
517675641    EDI: BANKAMER.COM Feb 28 2019 04:53:00     Bank of America, N.A.,    PO Box 31785,
              Tampa, FL 33631-3785
517584051   +EDI: BANKAMER2.COM Feb 28 2019 04:53:00     Bank of America, N.A.,    100 N. Tryon Street,
              Charlotte, NC 28255-0001
517584052   +EDI: BANKAMER.COM Feb 28 2019 04:53:00     Bank of America, NA,    Bankruptcy Department,
              PO Box 26012, NC4-105-02-99,    Greensboro, NC 27420-6012
517584054   +E-mail/Text: payments@brsi.net Feb 28 2019 00:32:52     Business Revenue Systems,    PO Box 8986,
              Fort Wayne, IN 46898-8986
517584053   +E-mail/Text: payments@brsi.net Feb 28 2019 00:32:52     Business Revenue Systems,
              2419 Spy Run Avenue,    Fort Wayne, IN 46805-3262
517595755   +EDI: AISACG.COM Feb 28 2019 04:53:00     Capital One Auto Finance, a division of Capital On,
              AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517623343    EDI: CAPITALONE.COM Feb 28 2019 04:53:00     Capital One Bank (USA), N.A.,    PO Box 71083,
              Charlotte, NC  28272-1083
517588493   +E-mail/Text: bankruptcy@cavps.com Feb 28 2019 00:32:24     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517669855    EDI: MERRICKBANK.COM Feb 28 2019 04:53:00     MERRICK BANK,    Resurgent Capital Services,
              PO Box 10368,    Greenville, SC 29603-0368
517584064    E-mail/Text: bankruptcy@pseg.com Feb 28 2019 00:31:07     PSE&G,   Credit & Collections Center,
              PO Box 490,    Cranford, NJ 07016-0490
517693612   +EDI: JEFFERSONCAP.COM Feb 28 2019 04:53:00     Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517586179   +EDI: RMSC.COM Feb 28 2019 04:53:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
517885579    EDI: ECMC.COM Feb 28 2019 04:53:00     U.S. Department of Education,    PO Box 16448,
              St. Paul, MN 55116-0448
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517588494*  +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Feb 27, 2019
                              Form ID: 148             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Glenn R Reiser     on behalf of Debtor YOLANDA   MERCED greiser@new-jerseylawyers.com,
               r.gr75895@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```